# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SHANQUIA ZANETA HOLTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2447

_____

September 26, 2025

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.